J. Peter Staples, OSB No. 794042
pete@chernofflaw.com
Robert N. Lyman, OSB No. 081009
rlyman@chernofflaw.com
CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP
601 SW Second Avenue, Suite 1600
Portland, OR 97204-3157
Telephone: (503) 227-5631
Facsimile: (503) 228-4373

Attorneys for Plaintiff

FILED

JAN 11 2010

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| MENTOR GROUP, L.L.C., an Oregon Limited Liability Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SELF DEFENCE SUPPLY, INC., a Texas Corporation,<br><br>    Defendant. | Civil Case No. CV-09-506-ST<br><br>STIPULATED DISMISSAL<br><br>PATENT CASE |

Pursuant to a Confidential Settlement, Release and License Agreement between the parties, the parties hereby stipulate to dismissal of this lawsuit with prejudice.

CHERNOFF VILHAUER MCCLUNG
& STENZEL, LLP

_/s/ J. Peter Staples_

J. Peter Staples, OSB No. 79404
Of Attorneys for Plaintiff
Date: 1/8/2010

RYLANDER & ASSOCIATES PC

_/s/ Kurt M. Rylander_

Kurt M. Rylander, OSB No. 94427
Of Attorneys for Defendant
Date: 1/8/2010

APPROVED.
Dated: Jan 11, 2010

_____
Janice Stewart
United States Magistrate Judge